FILED US District Court-UT
MAR 27 '24 AM 10:38

TRINA A. HIGGINS, United States Attorney (#7349)
SIRENA MILLER WISSLER, Assistant United States Attorney (#7450)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. HAMUD ABDULLAHI, Defendant. | INDICTMENT Count 1: 21 U.S.C. § 841(a)(1), Distribution of Fentanyl Resulting in Death Case: 1:24-cr-00021 Assigned To : Stewart, Ted Assign. Date : 3/26/2024 |
|---|---|

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
Distribution of Fentanyl Resulting in Death

On or about October 12, 2023, in the District of Utah,

HAMUD ABDULLAHI,

defendant herein, did knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, the use of which resulted in the death of Person 1, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1)

and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

SIRENA MILLER WISSLER
Assistant United States Attorney